# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

Bollers, Colin A. :

Debtor(s) : BKY. NO.

## INCOME CONTRIBUTION AFFIDAVIT

**COMMONWEALTH/STATE OF PENNSYLVANIA**
**COUNTY OF PHILADELPHIA**

I, Andrea Beaumonte (Sister), the person whose name is signed below, hereby swear/affirm that the following are true and correct:

1. The debtor(s) named above is/are my Brother (specify relationship, for example - mother, father, brother, friend).

2. I contribute financial support in the amount of $1,600.00 on a monthly basis to the debtor(s).

3. The source of my income is Rental Income (for example wages from employment, self-employment, disability payments, Social Security, etcetera). The name of my employer is Self Employed (if applicable).

4. I will continue to make such contributions to the debtor(s) for the entire duration of the Chapter 13 plan of the debtor(s).

Dated: 02/21/2020

_Andrea Beaumonte_
Andrea Beaumonte (Sister)

_ANDREA BEAUMONTE_
(Affiant/Contributor) Print Name

Sworn to or affirmed and subscribed to before me by ANDREA BEAUMONTE, the Affiant/Contributor identified above, on this 21st day of FEBRUARY, 2020.

_Wynelle K Coleman_
Notary Public

Commonwealth of Pennsylvania - Notary Seal
WYNELLE K COLEMAN - Notary Public
Philadelphia County
My Commission Expires May 10, 2023
Commission Number 1204149