# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        Chapter 13

Colin A. Bollers
   (DEBTOR)                           :        Bankruptcy No. 20-10690MDC13

## ORDER

AND NOW upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. §362(c)(3)(B) ("the Motion") and there being no opposition to the motion,

It is hereby **ORDERED** that:

1. The Motion is Granted.
2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date: ~~February~~ March 3, 2020

By the Court:

_Magdeline D. Coleman_
Hon. Magdeline D. Coleman
Chief U.S. Bankruptcy Judge