United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 20-10690-mdc
Colin A. Bollers                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1            Date Rcvd: Mar 03, 2020
                             Form ID: pdf900           Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
db            +Colin A. Bollers,    120 W. Sharpnack Street,    Philadelphia, PA 19119-4033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Mar 04 2020 03:20:56    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 04 2020 03:20:33
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 04 2020 03:20:48     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                        TOTAL: 3


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
          MICHAEL A. CATALDO2    on behalf of Debtor Colin A. Bollers ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Colin A. Bollers ecf@ccpclaw.com,  igotnotices@ccpclaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                            TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :        Chapter 13

Colin A. Bollers
    (DEBTOR)                                  :        Bankruptcy No. 20-10690MDC13


## O R D E R

        AND NOW upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. §362 (c)(3)(B) ("the Motion") and there being no opposition to the motion,

        It is hereby **ORDERED** that:


1.    The Motion is Granted.

2.    The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

*March 3, 2020*
Date: ~~February~~ 3, 2020

By the Court:

*Magdeline D. Co*

Hon. Magdeline D. Coleman
Chief U.S. Bankruptcy Judge