**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :        CHAPTER 13
Colin A. Bollers
                    **DEBTORS**                     :        BKY. NO. 20-10690MDC13


**NOTICE OF OBJECTION TO PROOF OF CLAIM
#3 of Portfolio Recovery Associates, LLC**

Debtor's Counsel has filed an objection to the proof of claim # 3 of Portfolio

Recovery Associates, LLC  filed in this bankruptcy case.

<u>Your claim may be reduced, modified or eliminated.</u>  You should read these

papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, you or your

lawyer must attend the hearing on the objection scheduled to be held before the **Hon.**

**Magdeline D. Coleman** , on **May 19, 2020** at **10:30 a.m.** in **Courtroom No.2**, United States

Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, 2nd Floor, Philadelphia,

PA 19107.  If you or your attorney do not attend the hearing on the objection, the court

may decide that you do not oppose the objection to your claim.

Respectfully submitted,


Date <u>April 14, 2020</u>              __s/_____
                                       Michael A. Cataldo, Esquire
                                       Cibik & Cataldo, P.C.
                                       1500 Walnut Street, Suite 900
                                       Philadelphia, PA 19102
                                       215-735-1060