IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                       :         CHAPTER 13
Colin A. Bollers
   DEBTORS                                       :         BKY. NO. 20-10690MDC13

**O R D E R**

  AND NOW, this 19th day of May, 2020 upon consideration of Debtor's Objection to Proof of Claim #3 of **Portfolio Recovery Associates, LLC** and any response and after a hearing

  It is ordered that the objection is sustained. The claim is reclassified as a general unsecured claim in the amount of $3,375.80 for purposes of this Chapter 13 Case

           By the Court:

           _Magdeline D. Coleman_
           Magdeline D. Coleman
           Chief U.S. Bankruptcy Judge