United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Colin A. Bollers  
    Debtor

Case No. 20-10690-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: May 19, 2020  
                      Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2020.  
db           +Colin A. Bollers,   120 W. Sharpnack Street,   Philadelphia, PA 19119-4033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: megan.harper@phila.gov May 20 2020 03:42:51     City of Philadelphia,  
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
                Philadelphia, PA  19102-1595  
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 20 2020 03:42:30  
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
                Harrisburg, PA  17128-0946  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 20 2020 03:42:48     U.S. Attorney Office,  
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
                                                                                                          TOTAL: 3

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2020 at the address(es) listed below:  
         MICHAEL A. CATALDO2    on behalf of Debtor Colin A. Bollers ecf@ccpclaw.com,  
          igotnotices@ccpclaw.com  
         MICHAEL A. CIBIK2    on behalf of Debtor Colin A. Bollers ecf@ccpclaw.com,  igotnotices@ccpclaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                      TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                      :           CHAPTER 13
Colin A. Bollers
      DEBTORS                              :           BKY. NO. 20-10690MDC13

O R D E R

AND NOW, this 19th day of May, 2020 upon consideration of Debtor's Objection to Proof of Claim #3 of **Portfolio Recovery Associates, LLC** and any response and after a hearing

It is ordered that the objection is sustained. The claim is reclassified as a general unsecured claim in the amount of $3,375.80 for purposes of this Chapter 13 Case

By the Court:

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge