# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                           Chapter 13

COLIN A. BOLLERS                         Bankruptcy No. 20-10690-MDC

120 W. SHARPNACK STREET

PHILADELPHIA, PA 19119-

             Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    COLIN A. BOLLERS

    120 W. SHARPNACK STREET

    PHILADELPHIA, PA 19119-

**Counsel for debtor(s), by electronic notice only.**
    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 8/11/2020                                                                            /s/ William C. Miller

                                                                              _____
                                                                              William C. Miller, Esquire
                                                                              Chapter 13 Standing Trustee