## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Colin A. Bollers <br> _Debtor(s)_ <br><br> Lakeview Loan Servicing, LLC <br> _Movant_ <br> vs. <br><br> Colin A. Bollers <br> _Debtor(s)_ <br><br> Johan Bollers <br> Shamane J. Cave <br> _Co-Debtors_ <br><br> and William C. Miller Esq. <br> _Trustee_ | Chapter 13 <br><br> NO. 20-10690 MDC |

### ORDER

AND NOW, this  4th  day of  February , 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Lakeview Loan Servicing, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 120 West Sharpnack Street Philadelphia, PA 19119.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Colin A. Bollers
120 W. Sharpnack Street
Philadelphia, PA 19144

Johan Bollers
120 W. Sharpnack Street
Philadelphia, PA 19144-0000

Shamane J. Cave
120 W. Sharpnack Street
Philadelphia, PA 19144-0000


William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Michael A. Cataldo2 Esq.
1500 Walnut Street (VIA ECF)
Suite 900
Philadelphia, PA 19102

Michael A. Cibik2 Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532