# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-10690-MDC

COLIN A. BOLLERS

120 W. SHARPNACK STREET

PHILADELPHIA, PA 19119-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  COLIN A. BOLLERS

  120 W. SHARPNACK STREET

  PHILADELPHIA, PA 19119-

Counsel for debtor(s), by electronic notice only.

  CIBIK & CATALDO
  1500 WALNUT STREET
  SUITE 900
  PHILA, PA 19102-

Date: 4/8/2021

                                          /S/ William C. Miller
                                          _____
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee