**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    Chapter 13
COLIN A. BOLLERS


                    Debtor          **Bankruptcy No.** 20-10690-MDC


# **O R D E R**


    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


May 20, 2021

             *Magdeline D. Coleman*
_____
             Magdeline D. Coleman
             Chief U.S. Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-


Debtor:
COLIN A. BOLLERS

120 W. SHARPNACK STREET

PHILADELPHIA, PA 19119-