# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 20-10690-mdc |
| | : | |
| Colin A. Bollers, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

## Certificate of Service

I certify that on this date, a true and correct copy of the Debtor's Motion for Release of Unclaimed Funds along with the notice, the proposed order, and all exhibits was served on the following parties by first class mail or through the CM/ECF system:

Kenneth E. West
ecfemails@ph13trustee.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Dated:  August 17, 2022                                /s/ Michael I. Assad
                                                       Michael I. Assad (#330937)
                                                       Cibik Law, P.C.
                                                       1500 Walnut Street, Suite 900
                                                       Philadelphia, PA 19102
                                                       215-735-1060
                                                       mail@cibiklaw.com