# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 20-10690-mdc |
| | : | |
| Colin A. Bollers, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

## Supplemental Certificate of Service

I certify that on this date, a true and correct copy of the Debtor's Motion for Release of Unclaimed Funds along with the notice, the proposed order, and all exhibits was served on the following parties by first class mail or through the CM/ECF system:

Hon. Jennifer Arbittier Williams
U.S. Attorney's Office (I.R.S.)
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Dated: September 6, 2022

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com