# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 20-10690-mdc |
| | : | |
| Colin A. Bollers, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

### Order Granting Debtor's Motion for Release of Unclaimed Funds

**AND NOW**, on this _____20th_____ day of _____September_____ 2022, after consideration of the Debtor's Motion for Release of Unclaimed Funds, and after notice and a hearing, it is hereby

**ORDERED** that the motion is **GRANTED**. It is further

**ORDERED** that the Clerk of Court is authorized and directed to make payment in the amount of $6,083.59 to Debtor Colin A. Bollers, and deliver such payment to Mr. Bollers at the address listed on the service list.

BY THE COURT:

_____
Magdeline D. Coleman
*Chief U.S. Bankruptcy Judge*